

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Daniel Ray Garcia,

Vs. No. 11-21-00081-CR

The State of Texas,

\* From the 106th District Court
of Gaines County,
Trial Court No. 19-5086.

\* June 17, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.